JACOB KOLASKY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Submitted February 27, 1942; decided April 16, 1942.

*Samuel E. Harwitz* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ.